FILED

03/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0633

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0633

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

                                      O R D E R

DAVID RAY SCHULTZ,

     Defendant and Appellant.

_____

Appellant David Ray Schultz was granted an extension of time to file and serve the opening brief on or before March 1, 2024. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than April 12, 2024. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 12 2024